Jacksonville Steam Ferry and Terminal Company, Appellant, v. L. H. Barberie, Appellee.

#### Division A.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

H. H. Buckman for appellant.

J. M. Barrs for appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. The appeal is dismissed on the authority of Somers v. Jackson *et al.,* decided at the present term.